# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

MARIA C. MAGANA,
        Plaintiff,

v.                                                       Case No. 07C349

ALTHEA PACKAGING and ADE,
        Defendants.

## ORDER

Pro se plaintiff Maria C. Magana initiated this action on April 16, 2007, complaining that she was terminated from her employment with Althea Packaging, and the case was randomly assigned to Magistrate Judge Aaron E. Goodstein. Judge Goodstein was unable to discern a cause of action in plaintiff's complaint, and invited her to amend the complaint. Plaintiff amended her complaint, and the amended complaint clarified that plaintiff was simply complaining that her termination was unfair because plainitff did not perform any worse than other employees. Further, plaintiff failed to make any allegations regarding defendant Ade. On May 22, 2007, Judge Goodstein denied plaintiff's request to proceed in forma pauperis and recommended that the case be dismissed for failure to state a claim. The case was then transferred to me to act on Judge Goodstein's recommendation.

More than ten days have elapsed since Judge Goodstein issued his order and recommendation, and plaintiff has not objected to such recommendation as permitted by 28 U.S.C. § 636(b)(1)(C). For this reason and because I agree with Judge Goodstein that plaintiff has failed to state a claim upon which relief may be granted,

**IT IS ORDERED** that Magistrate Judge Goodstein's recommendation and order is **ADOPTED**.

**IT IS FURTHER ORDERED** that this action is **DISMISSED**.

Dated at Milwaukee, Wisconsin, this 6 day of June, 2007.

/s_____
LYNN ADELMAN
District Judge